ACCEPTED
01-15-00661-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 11:35:19 PM
CHRISTOPHER PRINE
CLERK

01-15-00661-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 11:35:19 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXS AT HOUSTON

PATRICK O'CONNOR & ASSOCIATES, LP
Appellant

V.

CHESTER R. HALL
Appellee

## THIRD MOTION FOR EXTENTISION OF TIME TO FILE APPELLANT'S BRIEF

Appeal from Cause No. 1036533, In the County Court at Law No. 4, Harris County, Texas

THE LAW OFFICES OF VEKENO KENNEDY
Vekeno Kennedy
Texas Bar No. 24077118
3346 E. T.C. Jester Blvd., Suite F-27
Houston, Texas 77018
Phone:(713) 375-4230
Fax: (713) 457-2954
kennedy.re.law@gmail.com

THE SIDDIQUI LAW FIRM
Saif A. Siddiqui
Texas Bar No. 24052305
3346 E. T.C. Jester, Suite F-11
Houston, Texas 77018
Tel: (713) 927-2775
Fax: (832) 787-1284
ss@siddiquilaw.com

**ATTORNEYS FOR APPELLANT**

1

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, Patrick O'Connor & Associates, files this Unopposed Second Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief is currently due on November 12, 2015.

Counsel for Appellant requests a 10-day extension of time to file its brief, making the brief due on November 22, 2015. This is the third request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

Counsel for Appellant experienced unforeseen technical difficulties that prevented him from finalizing and filing Appellate Brief on the date due.

Due to the unforeseeable nature of this occurrence, Counsel for Appellant was unable to confer with Appellee's Counsel to obtain permission for the extention.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including November 12, 2015, and grant Appellant all other relief to which it may be entitled.

Respectfully submitted,

Saif A. Siddiqui
The Siddiqui Law Firm
Texas Bar No. 24052305
3345 E. T. C. Jester, Suite F-11
Houston, TX 77018
ss@siddiquilaw.com
Tel. (713) 927-2775
Fax. (713) 457-2961Tel. (713) 927-2775
Fax. (713) 457-2961

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify Pursuant to Rule 21a that on this the 12nd day of November, 2015 a true and correct copy of the foregoing was forwarded by facsimile transmission, regular mail, certified mail, return receipt requested, hand-delivery, and/or by any other method as agreed between the parties to the following:

Mr. Paul Pilibosian                                               *via electronic mail*
Hoover Slovacek, LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057


Saif A. Siddiqui

4